IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CARL ASHLEY THOMPSON, | * |
| Plaintiff, | * |
| v. | Case No.   7:21-CV-110(HL) |
| | * |
| COLQUITT COUNTY JAIL, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 15, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 16th day of March, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk